AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Johnny Wilds | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:22-cv-508 |
| Warden, Chillicothe Correctional Institution | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: it agrees with almost all of the R&R's reasoning and accordingly adopts its ultimate recommendations (Doc. 16). So the Court denies Wilds' request in his traverse for a stay and abeyance (Doc. 15) and denies his Petition (Doc. 1) prejudice. The Court also denies Wilds a certificate of appealability under 28 U.S.C. § 2253(c).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/15/24

CLERK OF COURT

*Scott M.* (signature)

Signature of Clerk or Deputy Clerk